UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

DENISE CRUMWELL, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

        v.

ANDREW KREPS GALLERY LTD.,

        Defendant.

---------------------------------------- x

No.: 1:21-cv-8425

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DENISE CRUMWELL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, ANDREW KREPS GALLERY LTD., with prejudice and without fees and costs.

Dated: New York, New York
       March 9, 2022

                              **GOTTLIEB & ASSOCIATES**

                              */s/Michael A. LaBollita, Esq.*

                          Michael A. LaBollita, Esq., (ML-9985)
                          150 East 18th Street, Suite PHR
                                    New York, NY 10003
                                     Phone: (212) 228-9795
                                       Fax: (212) 982-6284
                                     Michael@Gottlieb.legal

                                *Attorneys for Plaintiffs*

SO ORDERED:
_____
United States District Court Judge
March 10, 2022